**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| STEPHANIE BURKE and VINCENT BURKE, | § § § § |
| v. | §  Civil Action No. __3:23-CV-00422_____ |
| STATE FARM LLOYDS, | § § § § |
| *Defendant*. | § |

## STATE FARM LLOYDS' NOTICE OF REMOVAL

1. This Notice of Removal is filed under 28 U.S.C. § 1441 based on diversity of citizenship.

### I. BACKGROUND

2. Plaintiffs' Original Petition was filed in state court on June 7, 2023, and assigned to the 41st Judicial District Court under Cause No. 2023DCV1851.[1]

3. Plaintiffs assert state law claims for breach of contract, noncompliance with Texas Insurance Code, unfair settlement practices, prompt payment of claims, breach of duty of good faith and fair dealing, violation of Texas Deceptive Trade Practices Act, and common law fraud."[2] Plaintiffs seek treble and exemplary damages.[3]

4. This Notice of Removal has been provided to Plaintiffs and the state court clerk.

5. Plaintiffs seeks over $100,000.[4]

6. State Farm was served on June 14, 2023[5]. However, because Plaintiffs' citizenship could

---

[1] *See* Exh. A, Original Petition, P. 1.

[2] *Id*., ¶¶ 29 - 57.

[3] *Id*. ¶ 58.

[4] *Id*., ¶ 4.

[5] *See* Exh. B, CSC Notice of Service of Process.

not be ascertained from their pleading,[6] State Farm served Interrogatories and Requests for Admission relating to this issue. Responses were received on October 27, 2023,[7] indicating that Plaintiffs are citizens of Texas. Because these discovery responses are the first documents from which Defendant could ascertain that this case is removable, and because 30 days have not elapsed since State Farm's receipt of these documents, removal is timely under 28 U.S.C. § 1441(a) and 124(d)(3).

7. The El Paso Division of the Western District of Texas embraces the place where the state court case was pending; thus, venue is proper under 28 U.S.C. §§ 1441(a) and 124(d)(3).

8. State Farm Lloyds answered in state court[8] and reserves the right to plead further as permitted.

9. All documents filed in state court are attached as Exhibit A.

## II. BASIS FOR REMOVAL

10. This case is being removed. based on diversity of citizenship under 28 U.S.C. § 1441(b).

### A. Diversity of Citizenship

11. Plaintiffs are Texas citizens.[9] State Farm Lloyds is not a Texas citizen.[10] Thus, the parties

---

[6] *See* Exh. A, Original Petition, ¶ 2.

[7] *See* Exh. C, Answers to Interrogatories, Exh. D, Responses to Requests for Admission.

[8] See, Exh. A, State Farm Lloyds' Answer.

[9] Exh. C, Answers to Interrogatories, Exh. D, Response to Requests for Admission.

[10] Exh. E, Affidavit of Michael Roper (stating that State Farm Lloyds is an association of individual underwriters authorized to conduct business in Texas as a Lloyd's Plan insurer as set out in Chapter 941 of the Texas Insurance Code, and that all of its underwriters are citizens of Illinois). *See also Carden v.* Exh. A *Arkoma*, 494 U.S. 185, 189 (1990) (Unincorporated association is itself not a citizen of any state); *Royal Ins. v. Quinn-L Capital*, 3 F.3d 877, 882 (5th Cir. 1993) (for purposes of diversity jurisdiction, citizenship of each of unincorporated association's members is considered).

**NOTICE OF REMOVAL**                                                                                           **Page 2**

are completely diverse.

### B. Amount in Controversy

11. For a diversity case to be removable, the amount in controversy must exceed $75,000.[11]

12. Plaintiffs seek monetary relief over $100,000.00 but less than $500,000.00.[12]

### III. JURY DEMAND

15. State Farm Lloyds paid for a state court jury trial and requests a jury trial in this Court.

### IV. CONCLUSION

16. Wherefore, State Farm Lloyds asks that this case be placed on the Court's docket and for any other relief to which it may be justly entitled at law or in equity.

Respectfully submitted,

**LAURA ENRIQUEZ AND ASSOCIATES LAW FIRM, PLLC**
221 N. Kansas, Suite 710
El Paso, Texas 79901
(915) 335-0333
enriquez@leeplaw.com

By: ___/s/ Laura Enriquez_____
Laura Enriquez
State Bar No. 00795790

Attorneys for Defendant

---

[11] *See* 28 U.S.C. §§ 1441(a) and 1332(a).

[12] Exh. A, Original Petition, ¶ 4.

**NOTICE OF REMOVAL**                                    **Page 3**

## **CERTIFICATE OF SERVICE**

In compliance with the Federal Rules of Civil Procedure, I certify that on this 17TH day of November 2023, a true and correct copy of the foregoing document was served on:

Shaun W. Hodge
Henry Clay List
The Hodge Law Firm, PLLC
211 Strand, Suite 302
Galveston, Texas 77550
shodge@hodgefirm.com
clist@hodgefirm.com

                                             */s/ Laura Enriquez*
                                             Laura Enriquez